**SHELL OIL COMPANY, a Corporation, Appellant, v. INDEPENDENT PETROLEUM COMPANY, a Corporation, Appellee.**
**No. 6962.**

Circuit Court of Appeals, Ninth Circuit.

Nov. 14, 1932.

Hyland, Elvidge & Alvord, of Seattle, Wash., for appellant.

Peyser & Bailey, of Seattle, Wash., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and CAVANAH, District Judge.

PER CURIAM.

Upon stipulation of counsel for both parties, ordered appeal dismissed, without costs to either party; appeal and supersedeas bonds discharged, and sureties thereon exonerated.